

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | | No. 08-25-00005-CV |
| | § | |
| THE TORO COMPANY, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## M E M O R A N D U M   O P I N I O N

Relator, the Toro Company, has filed this petition for writ of mandamus against the Honorable Patricia Baca, Judge of the 346th District Court of El Paso County, Texas, for allegedly failing to grant its Rule 91a motion to dismiss.

"Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal." *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding). After reviewing the mandamus petition, we conclude Toro Company failed to establish it was entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

GINA M. PALAFOX, Justice

August 18, 2025

Before Palafox, J., Soto, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (sitting by assignment)